

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 7, 2024

> REQUEST GRANTED.
> The Clerk of Court is respectfully directed to terminate AUSA Meredith Foster from the docket.
>
> 3/8/2024   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *United States. v. Corey Gilmore*, 24 Cr. 127 (LJL)

Dear Judge Liman:

    The Government respectfully submits this letter to inform the Court that the undersigned Government counsel will not be working on the above-captioned case or appearing before this Court in connection with this case.  Accordingly, the Government requests that the undersigned Government counsel's appearance in this case be terminated.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Meredith C. Foster
    Assistant United States Attorney
    (212) 637-2310