# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

June 20, 2024

**REQUEST GRANTED.**

6/20/2024 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *USA v Corey Gilmore* 24 Cr. 127 (LJL)

Your Honor:

  I represent the defendant Corey Gilmore in the referenced case and write to request that he be permitted to travel to and from New Jersey tomorrow, June 21, 2024. The relevant facts are as follows.

  In February, 2024, Mr. Gilmore was arrested and released on an unsecured bond, with his travel restricted to the Southern and Eastern Districts of New York. This week he was offered a job as a maintenance technician at the Mayfair and Pearl River Apartments (located in Rockland County). As a condition of the job, he was just advised that he needs to take a drug test tomorrow morning, June 20th, at a facility in Mont Vale, New Jersey. Accordingly, we ask that Mr. Gilmore be permitted to travel to and from New Jersey for the purpose of taking this drug test tomorrow.

  Both the government and pre-trial services office consent.

             Respectfully submitted,

             __/s/_____
             James E. Neuman