# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

___

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

July 18, 2024

REQUEST GRANTED.
The Court approves Mr. Gilmore to travel as proposed.

Hon. Lewis J. Liman
United States District Court          7/19/2024   SO ORDERED.
Southern District of New York
500 Pearl Street                                   LEWIS J. LIMAN
New York, NY 10007                                 United States District Judge

Re: *USA v Corey Gilmore* 24 Cr. 127 (LJL)

Your Honor:

I represent the defendant Corey Gilmore in the referenced case and write to request that he be permitted to travel to and from Maryland on July 27, 2024. In February, 2024, he was released on an unsecured bond, with his travel restricted to the Southern and Eastern Districts of New York. The reason for this request is that Mr. Gilmore wishes to attend a family reunion. In order to do so, he will need to drive from New York to Maryland in the morning, and then drive back the same evening.

Both the government and pre-trial services office consent to this application.

Respectfully submitted,


_____/s/_____
James E. Neuman