

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 7, 2024

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

> **REQUEST GRANTED.**
> The Motion hearing scheduled for August 29, 2024 is cancelled. If either party desires argument on the pending motion they are to inform the Court no later than August 16, 2024, with proposed dates for argument.
>
> 8/7/2024   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States. v. Corey Gilmore*, 24 Cr. 127 (LJL)

Dear Judge Liman:

    A hearing on the defendant's motion to dismiss the above-captioned matter is currently scheduled for August 29, 2024. The undersigned is unavailable that day, and the Government respectfully requests, with the defendant's consent, that the hearing be rescheduled. If convenient to the Court, both parties are available on September 11, 12, and 13.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
    Catherine Ghosh
    Assistant United States Attorney
    (212) 637-1114