

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 9, 2024

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Court adjourns the previously set trial schedule in 24CR127, USA v Corey Gilmore. The new trial schedule is as follows. Requests to charge, proposed voir dire and motions in limine are due by November 15, 2024. Objections to request to charge and responses to motions in limine are due by November 22, 2024. The Final Pretrial Conference is rescheduled to December 4, 2024 at 3:00PM in Courtroom 15C before Judge Lewis J. Liman. The Jury Trial is rescheduled to December 9, 2024 at 9:00AM in Courtroom 15C before Judge Lewis J. Liman.
>
> 9/11/2024
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re:    *United States v. Corey Gilmore*, 24 Cr. 127 (LJL)
       *United States v. Hector Colon*, 24 Cr. 367 (LJL)

Dear Judge Liman:

    The Government respectfully writes to request that the Court adjourn one of the two above-captioned trials, which are both currently scheduled to begin on November 18, 2024. The Government understands from speaking with defense counsel that both cases are expected to proceed to trial. Counsel for both defendants are willing to proceed as scheduled on November 18, or for one of the trials to be adjourned to avoid the conflict.[1] Given the possibility that the Government may call some of the same witnesses to testify at both trials, and because a trial for a third NYCHA defendant is also scheduled to begin on November 18 (*United States v. Villanueva*, 24 Cr. 366 (PAE)), the Government respectfully requests an adjournment of one of the two above-captioned trials to a date in mid-December 2024 or later, but takes no position on which trial should be adjourned.[2]

                Very truly yours,

                  DAMIAN WILLIAMS
                  United States Attorney

by: _____
                  Catherine Ghosh
                  Assistant United States Attorney
                  (212) 637-1114

CC:  Counsel of record (via ECF)

---

[1] Counsel for Gilmore noted that he is amenable to an adjournment so he can continue to review discovery, but can also proceed on November 18 if the Court does not adjourn the trial.

[2] Counsel for Colon has an approximately two-week trial beginning January 6, 2025. Counsel for Gilmore does not currently have any trials scheduled in the next few months.