UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                      :
:
         -v-                                       :      24-CR-127 (LJL)
:
COREY GILMORE,                                 :      ORDER
:
         Defendant.                             :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Government has not responded to Defendant Gilmore's motion for a bill of particulars. The Government shall respond no later than November 1, 2024. Any defense response shall be filed no later than November 8, 2024.

      SO ORDERED.

Dated: October 29, 2024
       New York, New York

                                    LEWIS J. LIMAN
                           United States District Judge