# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
___

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

November 15, 2024

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> The Court approves the request to travel as proposed.
>
> 11/15/2024   SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

Re: *USA v Corey Gilmore* 24 Cr. 127 (LJL)

Your Honor:

      I represent the defendant Corey Gilmore in the referenced case and write to request that he be permitted to travel to and from Maryland on Thanksgiving, November 28, 2024. Since his arrest in February, 2024, his travel has been restricted to the Southern and Eastern Districts of New York. On one prior occasion, this Court granted a request that he be allowed to travel to Maryland for a family event. This request is similar. Mr. Gilmore wishes to spend Thanksgiving with his family. In order to do so, he will need to drive from New York to Maryland in the morning, and then drive back the same evening.

      Both the government and pre-trial services office consent to this application, with the understanding that Mr. Gilmore will keep pre-trial services informed.

Respectfully submitted,

_____/s/_____
James E. Neuman