UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

COREY GILMORE,

Defendant.

24-cr-127 (LJL)

## JURY VERDICT

Please indicate each of your verdicts with a check mark (✓)

### COUNT ONE: Solicitation or Acceptance of a Bribe by an Agent of an Organization Receiving Federal Funds

1. How do you find the defendant Corey Gilmore with respect to Count One?

    Not Guilty _____    Guilty ✓

### COUNT TWO: Extortion Under Color of Official Right

2. How do you find the defendant Corey Gilmore with respect to Count Two?

    Not Guilty _____    Guilty ✓

_____        12/13/24
Foreperson                     Date