# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

December 16, 2024

**REQUEST GRANTED.**

1/10/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York , NY 10007

Re: *United States v Corey Gilmore,* 24 Cr. 127 (LJL)

Your Honor:

  I represent Corey Gilmore in the referenced case and am submitting this letter to request permission to file interim vouchers. As this Court knows, we just completed a trial, which obviously required a significant expenditure of time. Insofar as sentencing is not anticipated to occur until late March, 2025, it will be a hardship to delay submitting vouchers until the conclusion of this case.

  Accordingly, I ask the Court to grant me permission to file interim vouchers.

Respectfully submitted,

/s/
James E. Neuman