# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

July 17, 2025

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**REQUEST GRANTED.**
The Court approves Mr. Gilmore to travel as proposed.
7/18/2025   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re: *USA v Corey Gilmore* 24 Cr. 127 (LJL)

Your Honor:

      This letter is submitted on behalf of the defendant Corey Gilmore to request that he permitted to travel on two dates, prior to his scheduled surrender on August 26, 2025.

      First, Mr. Gilmore would like to travel on July 26, 2025 to Elkton, Maryland for a family event. Second, he would like to travel on August 8, 2025, for another family event in Hershey, Pennsylvania. In both cases, he would leave his home in the morning and return the same evening.

      AUSA Matthew King informs me that the government has no objection. I have asked pre-trial services for their position, but not yet heard back yet. Insofar as Mr. Gilmore has been compliant with all conditions of his release and only wants to spend some time with his family before surrendering, though, we submit that these requests are reasonable.

Respectfully submitted,

_____/s/_____
James E. Neuman